UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC ORSINI,**

       **Plaintiff,**

v.                                                        Case No:  6:15-cv-1905-Orl-41TBS

**CITIBANK, N.A.,**

       **Defendant.**
_____/

**ORDER**

    THIS CAUSE is before the Court on the Notice of Settlement (Doc. 15), wherein Plaintiff has advised the Court that the above-styled action has been completely settled.

    Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Orlando, Florida on July 26, 2016.



Copies furnished to:

Counsel of Record